No. 4. THE PEOPLE *v.* HERNÁNDEZ.—Appeal from the District Court of San Juan. Motion of defendant to approve statement of the case. Decided June 29, 1907. Motion overruled on the grounds set forth in the opinion rendered in the case of *The People v. Fernández,* February 5, 1907. *Mr. José*

*de Guzmán Benítez* for petitioner. *Mr. Rossy, fiscal,* for respondent.